AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Western District of Arkansas
Hot Springs Division

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

SEP 2 2 2011

CHRIS R. JOHNSON, Clerk
By _____
Deputy Clerk

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 11-60030-001 |
| John Gibson Auto Sales, Inc. | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 9-22-11

_____ for John Gibson
Defendant's signature    Auto Sales, Inc.

_____
Signature of defendant's attorney

Tim Dudley
Printed name of defendant's attorney

_____
Judge's signature

Robert T. Dawson, U.S. District Judge
*Judge's printed name and title*