IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) No. 11-60030-001 |
| v. | ) |
| | ) |
| | ) |
| JOHN GIBSON AUTO SALES, INC. | ) |

**PRELIMINARY ORDER OF FORFEITURE**

In the Forfeiture Allegation of the Information, the United States seeks forfeiture, pursuant to Title 31 U.S.C. §§ 5317(c)(1)(A), all property, real and personal, involved in the offense, which totals $500,000.00 in United States Currency. The United States also announced its intent to seek the forfeiture of any other property of the defendant pursuant to Title 31 U.S.C. § 5317(c)(1)(B), incorporating by reference 21 U.S.C. § 853(p), as substitute assets of the proceeds of the offense alleged in the Information.

On September 22, 2011, the defendant, John Gibson Auto Sales, Inc, pleaded guilty to the Information charging it with Structuring Currency Transactions to Avoid Reporting Requirements, in violation of Title 31 U.S.C. § 5324(a)(3). Pursuant to a plea agreement entered into by the parties, the defendant has agreed to forfeit to the United States pursuant to Title 31 U.S.C. §§ 5317(c)(1) and 5324, $500,000.00 in United States Currency, which represents the property involved in the offense charged in the Information, as listed in the stipulation of facts of the plea agreement.

The defendant, pursuant to the plea agreement between it and the United States, has agreed that $245,960.09 in United States Currency, seized by the Internal Revenue Service on

March 7 and March 8, 2011 from its bank accounts, will be forfeited to the United States immediately. The defendant further agrees to a money judgment against it in the amount of $254,039.91 in United States Currency in favor to the United States. The defendant has agreed to pay the amount of said judgment prior to the time of its sentencing. The defendant consents to the entry of this Preliminary Order of Forfeiture.

    Accordingly, it is hereby ORDERED, DECREED AND ADJUDGED:

    1. That based upon the guilty plea of the defendant, John Gibson Auto Sales, Inc, to the Information, and the plea agreement between the defendant and the United States, and as a result of the count of conviction, $245,960.09 in United States Currency, seized by the Internal Revenue Service on March 7 and March 8, 2011 from its bank accounts, will be forfeited to the United States immediately. A money judgment in the amount of $254,039.91 in United States Currency shall be entered against the defendant in favor of the United States to represent the property involved in the defendant's count of conviction.

    2. The defendant has agreed to pay $254,039.91 in United States Currency to the United States prior to the time of its sentencing.

    3. Pursuant to Fed. R. Crim. P. 32.2(b)(3), upon entry of this order the United States is authorized to seize any specific property that is subject to forfeiture as set forth herein this order and the plea agreement, to conduct any discovery the Court considers proper in identifying, locating or disposing of the property; and to commence proceedings that comply with any

statutes governing third-party rights.

4. Upon entry of this Order, the United States is authorized to commence any applicable proceeding to comply with statutes governing third party rights, including giving notice of this Order.

5. The United States shall publish notice of this order pursuant to Fed. R. Crim. P. 32.2(b)(6), and 31 U.S.C. § 5317(c)(1)(B), incorporating by reference 21 U.S.C. § 853(n)(1).

6. That upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to Federal Rule of Criminal Procedure 32.2(c) and 21 U.S.C. § 853(n), in which all interests will be addressed.

7. If the $254,039.91 in United States Currency is not paid by the defendant, and:

   a) cannot be located upon the exercise of due diligence;
   b) has been transferred to, or deposited with a third party;
   c) has been placed beyond the jurisdiction of the Court;

then any other property of the defendant up to the value of the total amount of forfeited property, which is the above set-forth $254,039.91 in United States Currency, shall be forfeited to the United States as substitute assets pursuant to 31 U.S.C. § 5317(c)(1)(B), incorporating by reference 21 U.S.C. § 853(p).

IT IS SO ORDERED this ____ day of September, 2011.

_____
HONORABLE ROBERT T. DAWSON
UNITED STATES DISTRICT JUDGE

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

SEP 2 2 2011

CHRIS R. JOHNSON, Clerk
By
Deputy Clerk

Reviewed and consented to by:

_____
Darrel Blount
General Counsel/Representative,
John Gibson Auto Sales, Inc.
Defendant


_____
Tim Dudley, Counsel for Defendant


_____
Candace Taylor, Assistant U.S. Attorney