UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA                                                   PLAINTIFF

V.                              NO.  11-60030-001

JOHN CHARLES GIBSON AUTO SALES, INC                         DEFENDANT

## MOTION TO CHANGE LOCATION OF HEARING

Defendant, for its motion to change location of hearing, states:

1. Defendant is scheduled for sentencing on May 16, 2012 at 2:00 PM in Hot Springs, Arkansas.

2. Defendant has no objection to the date and time of sentencing.  However, defendant believes that it would be more convenient to the Court and to counsel for the government for the hearing to be conducted in Ft. Smith, Arkansas.  Defendant respectfully requests that the hearing be conducted in Fort Smith, Arkansas.

3. Counsel for defendant has consulted with counsel for the government and is authorized to state that the government has no objection to this motion.

WHEREFORE, defendant prays that its motion to change location of hearing be granted and that the sentencing hearing be conducted in Ft. Smith.

Respectfully submitted,

/s/Timothy O. Dudley,
Bar Number 82055
114 South Pulaski
Little Rock, AR 72201
(501) 372-0080
E-mail: TODudley@swbell.net

BY:/s/  Timothy O. Dudley

## CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System which shall send notification of such filing to the following:

Candace L. Taylor
Assistant U. S. Attorney
414 Parker Avenue
Fort Smith, AR 72901


BY: /s/ Timothy O. Dudley