IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS   DIVISION

| | |
|---|---|
| 11-60030-001 | USA V.  JOHN GIBSON AUTO SALES, INC. |
| COURT PERSONNEL: | APPEARANCES: |
| JUDGE: ROBERT T. DAWSON | GOVT :   CANDACE TAYLOR |
| CLERK: SALLIE HICKS | DEFT :    TIMOTHY O. DUDLEY |
| REPORTER: | Interpreter: |

### SENTENCING MINUTE SHEET

On this date the above named defendant appeared in person and with counsel for sentencing and is sworn.

- ( x ) Inquiry made that defendant is not under influence of alcohol or drugs and is able to comprehend proceedings.
- ( x ) Inquiry made whether defendant is under the care of a physician or taking any medication and is able to comprehend proceedings.
- ( x ) Inquiry made that defendant is satisfied with counsel.
- ( x ) Court determined that defendant is satisfied with counsel have had opportunity to read and discuss presentence investigation report.
- ( x ) Evidence presented.
- ( x ) Counsel for defendant afforded opportunity to speak on behalf of defendant.
- ( x ) Defendant afforded opportunity to make statement and present information in mitigation of sentence.
- ( x ) Attorney for government afforded opportunity to make statement to court.

- ( x ) Court proceeded to impose sentence as follows:

    (  ) months imprisonment;   Restitution; ( ) Supervised Release

- (  )    Special Assessment, and interest waived as to fine.

( x )   Upon oral motion by the Government, counts (  ) are  dismissed

( x )   Defendant ordered to comply with standard conditions of supervised release.

( x )   Defendant ordered to pay total special assessment of $100.00  which shall be due immediately.

( x )   Defendant advised of right to appeal sentence imposed

(   )   Defendant advised of right to apply for leave to appeal in forma pauperis.

( x )   Appeal packet provided.

( x )   Defendant remanded to custody of U.S. Marshal.

DATE: October 29, 2012                                        Proceeding began:

                                                                                    Ended: