IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

v.   Criminal No. 6:11CR60030-001

JOHN GIBSON AUTO SALES, INC.
    Defendant.

## FINAL ORDER OF FORFEITURE

On September 22, 2011, the Court entered a Preliminary Order of Forfeiture in this case in accordance with Fed.R.Crim. P. 32.2(b) (Doc. 5). The Preliminary Order of Forfeiture provided forfeiture of (1) $245,960.09 in United States Currency, seized from John Gibson Auto Sales, Inc. bank accounts on March 7, and 8, 2011, and (2) a money judgment in the amount of $254,039.91 in United States Currency which was to be paid prior to sentencing. The Court has been advised that the $254,039.91 money judgment has been paid pursuant to the terms of the Preliminary Order of Forfeiture.

The United States was required to publish notice of this order pursuant to Fed.R.Crim. P. 32.2(b)(6) and 31 U.S.C. § 5317(c)(1)(B), incorporating by reference 21 U.S.C. 853(n)(1). On March 23, 2012, an attorney for the United States filed a Notice of Proof of Publication, showing that for 30 days, notice of the Court's Preliminary Order of Forfeiture was advertised on www.forfeiture.gov. No third party claims have been filed.

Accordingly it is hereby ORDERED, DECREED, AND ADJUDGED, that based upon the guilty plea and the plea agreement of the parties, pursuant to Fed.R.Crim.P. 32.2(b)(3), the Preliminary Order of Forfeiture entered on September 22, 2012, shall become final at this time.

IT IS SO ORDERED this 29th day of October, 2012.

_____
HONORABLE ROBERT T. DAWSON
UNITED STATES DISTRICT JUDGE

U.S. DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

OCT 29 2012

CHRIS R. JOHNSON, Clerk
By _____ Deputy Clerk